STATE OF NEW JERSEY v. BENJAMIN BOWEN.

May 16, 1978. Petition for certification denied. (See 154 *N. J. Super.* 368)

STATE OF NEW JERSEY v. HALIL TERNAKU.

May 16, 1978. Petition for certification denied. (See 156 *N. J. Super.* 30)

JAUNTY DRESS SHOP, INC. v. FREDERICK ZISSU.

May 16, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN DEL MAURO.

May 16, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH S. COSTA.

May 16, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN M. CUFF.

May 16, 1978. Petition for certification denied.